UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CAR FIT, INC. | CIVIL ACTION |
| VERSUS | NO. 21-2391 |
| INDEPENDENT SPECIALTY INSURANCE COMPANY, ET AL. | SECTION "R" (3) |

# ORDER

On January 26, 2022, defendants Independent Specialty Insurance Company and Underwriters at Lloyd's London filed a motion to dismiss, or, in the alternative, for a stay.[1] Defendants contend in the motion that plaintiff Car Fit, Inc., initiated this lawsuit before having fulfilled its contractual obligations under the insurance policy to submit to an Examination Under Oath ("EUO") and to produce certain documents.[2]

On May 19, 2022, plaintiff Car Fit, Inc. filed a notice stating that it had produced documents and information responsive to defendants' requests, and that it had submitted to an EUO at the office of plaintiff's counsel.[3] Plaintiff asserts that defendants' pending motion to dismiss or for a stay is therefore moot.[4] On May 31, 2022, defendants filed a notice stating that

---

[1]    R. Doc. 8.
[2]    R. Doc. 8-1 at 1-2.
[3]    R. Doc. 22 ¶¶ 4-5.
[4]    *Id.* ¶ 6.

they concur with plaintiff's representation that the motion is moot.[5]

Accordingly, IT IS ORDERED that defendants' motion to dismiss, or in the alternative, for a stay,[6] is DENIED as MOOT.

New Orleans, Louisiana, this __2nd__ day of June, 2022.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[5]   R. Doc. 24.
[6]   R. Doc. 8.